UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHRISTINE CALDWELL, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 1:10-CV-38 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA and ARRAY ) | |
| MARKETING GROUP HEALTH AND ) | |
| WELFARE PLAN, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On April 13, 2010, United States Magistrate Susan K. Lee filed a report and recommendation (Court File No. 4) recommending the Court deny Plaintiff Christine Caldwell's ("Plaintiff") motion to proceed *in forma pauperis*. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 4) pursuant to 28 U.S.C. § 636(b)(1) and **DENIES** Plaintiff's motion to proceed *in forma pauperis* (Court File No. 1).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**